FILED
June 26, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:       RR
                Deputy



Case No: SA:24-CR-00308-JKP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>ASHLEY OBIEDIO<br><br>Defendant | **INDICTMENT**<br><br>**COUNT 1:** 18 U.S.C. § 933<br>Conspiracy to Traffic Firearms<br><br>**COUNT 2:** 18 U.S.C. § 932<br>Conspiracy to Straw Purchase Firearms<br><br>**COUNT 3:** 18 U.S.C. § 922(a)(6)<br>Falsifying Information When Buying Firearms |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Conspiracy to Traffic Firearms**
**[18 U.S.C. § 933(a)]**

On or about December 29, 2023, in the Western District of Texas, Defendant,

**ASHLEY OBIEDIO**

and others, did knowingly conspire to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: a Barrett .50 Caliber rifle, to another person, in or otherwise affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the

1

use, carrying, or possession of the firearm by the recipient would constitute a felony, to wit, Conspiracy to Straw Purchase Firearms, all in violation of Title 18, United States Code, Section 933(a)(1).

## COUNT TWO
**Conspiracy to Straw Purchase Firearms**
**[18 U.S.C. § 932]**

On or about December 29, 2023, in the Western District of Texas, Defendant,

**ASHLEY OBIEDIO,**

And others, did knowingly conspire to purchase at least one firearm, to wit: a Barrett .50 Caliber rifle, in and affecting interstate and foreign commerce, for, on behalf of, and at the request and demand of any other person, knowing and having reasonable cause to believe that such other person intended to use, carry, possess, sell and otherwise dispose of the firearm in furtherance of a felony, to wit, Conspiracy to Traffic Firearms, all in violation of Title 18, United States Code, Section 932.

## COUNT THREE
**Falsifying Information When Buying Firearms**
**[18 U.S.C. § 922(a)(6)]**

On or about December 29, 2023, in the Western District of Texas, Defendant,

**ASHLEY OBIEDIO**

in connection with the acquisition of a firearm, to wit: a Barrett M82A1, .50 Caliber rifle bearing Serial Number: AA017032, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title

18, in that ASHLEY OBIEDIO executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating she was the actual buyer of the firearm indicated on the Form 4473, when in fact as she then knew, she was not the actual buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR ALICIA MCNAB
Assistant United States Attorney

3